Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

Southern ___ District of __Georgia__

__Brunswick__ Division

Rommel Bermudez )
)
)
_____ )
Plaintiff(s) )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
**-v-** )
Equifax Information Services LLC )
)
Experian Information Solutions Inc. )
)
TransUnion LLC )
_____ )
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Rommel   Bermudez |
| Address | 410  S  Ashley  St |
| | Kingsland,          GA          31548 |
| | *City*                    *State*                *Zip Code* |
| County | Camden County |
| Telephone Number | 512-543-0336 |
| E-Mail Address | Alexanderruiz454545@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Equifax Information Services LLC |
| Job or Title *(if known)* | Consumer Reporting Agency |
| Address | 1550 Peachtree St NE |
| | Atlanta,          GA          30309 |
| | *City*                    *State*                *Zip Code* |
| County | Fulton County |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Experian Information Solutions Inc. |
| Job or Title *(if known)* | Consumer Reporting Agency |
| Address | 475 Anton Blvd |
| | Costa Mesa,          CA          92626 |
| | *City*                    *State*                *Zip Code* |
| County | Orange County |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name — TransUnion LLC

Job or Title *(if known)* — Consumer Reporting Agency

Address — 555 W Adams St

Chicago,    IL    60661

| City | State | Zip Code |

County — Cook County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| City | State | Zip Code |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Kingsland, Camden County, Georgia, United States.
The inaccurate credit reporting and failure to investigate
disputes affected the Plaintiff in this district where he resides.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

The events began in approximately 2022 when the Plaintiff discovered
fraudulent accounts on his credit reports resulting from identity theft. The
violations continued throughout 2022, 2023, 2024, and 2025 after the
Plaintiff repeatedly submitted disputes to the credit reporting agencies.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff discovered that fraudulent accounts and inaccurate information were being reported on his credit
reports by Defendants Equifax Information Services LLC, Experian Information Solutions Inc., and
TransUnion LLC. These accounts appeared beginning around 2022 and were not opened or authorized by
the Plaintiff.

After discovering the fraudulent accounts, Plaintiff submitted multiple disputes to the Defendants and
provided documentation showing that the accounts were the result of identity theft. Despite receiving
notice of the disputes, the Defendants failed to conduct a reasonable investigation and continued reporting
the inaccurate and fraudulent information on Plaintiff's credit reports.

As a result of the Defendants' failure to properly investigate and correct the inaccurate information,
Plaintiff suffered damage to his creditworthiness, financial harm, denial of credit opportunities, and
significant emotional distress. Plaintiff spent substantial time and effort attempting to resolve the
fraudulent accounts and protect his identity.

Defendants are consumer reporting agencies and had a duty to maintain accurate credit information and
conduct a reasonable reinvestigation of disputed information. Their failure to do so caused harm to the
Plaintiff.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the Defendants' actions, Plaintiff suffered significant harm to his creditworthiness and financial reputation. Fraudulent accounts reported on Plaintiff's credit reports negatively impacted his ability to obtain credit and caused financial hardship.

Plaintiff also suffered emotional distress, stress, anxiety, and frustration while attempting to correct the fraudulent information and protect his identity. Plaintiff spent substantial time and effort disputing the inaccurate information and attempting to resolve the identity theft issues.

Plaintiff did not receive medical treatment but experienced ongoing emotional distress and financial harm caused by the Defendants' failure to properly investigate and correct the inaccurate credit reporting.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff respectfully requests that the Court award monetary damages against the Defendants for the harm caused by their failure to properly investigate and correct fraudulent information resulting from identity theft.

Plaintiff requests compensation for financial harm, damage to creditworthiness, emotional distress, and time spent attempting to resolve the fraudulent accounts.

Plaintiff also requests punitive damages to deter similar misconduct and any additional relief the Court deems just and appropriate.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 5, 2026

Signature of Plaintiff    Rommel Bermudez

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Print      Save As...      Add Attachment      Reset