# In the United States District Court for the Southern District of Georgia Brunswick Division

ROMMEL BERMUDEZ,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS INC., and TRANSUNION
LLC,

    Defendants.

CV 2:26-27

## ORDER

Plaintiff, proceeding *pro se*, initiated this consumer credit action on March 13, 2026. Dkt. No. 1. On April 27, 2026, Defendant Equifax Information Services LLC moved to dismiss the complaint. Dkt. No. 19. On May 8, 2026, Defendant Experian Information Solutions Inc. moved to join that motion. Dkt. No. 21. Then, on May 26, 2026, Defendant Transunion LLC filed its own motion to dismiss. Dkt. No. 30. Thereafter, Plaintiff filed an amended complaint. Dkt. No. 32. For the reasons below, Defendants' motions to dismiss are **DENIED as moot**.

## LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or

motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

**DISCUSSION**

Plaintiff timely filed his amended complaint as a matter of course pursuant to Rule 15(a)(1). Further, Plaintiff's amended complaint supersedes the original complaint. Defendants' motions to dismiss, dkt. nos. 19, 21, 30, have thus been rendered moot by Plaintiff's filing of his amended complaint.

**CONCLUSION**

Defendants' motions to dismiss, dkt. nos. 19, 21, 30, are **DENIED as moot.**

**SO ORDERED,** this ___1___ day of June, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2
